Recording Requested By:
**Bank of America**
Prepared By: **Diana De Avila**
**1800 Tapo Canyon Road**
**Simi Valley, CA 93063**
**800-444-4302**
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

Type: ASG
Recorded: 10/10/2013 1:02:56 PM
Fee Amt: $39.00 Page 1 of 2
Receipt#: 201300068571
IL Rental Housing Fund: $09.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder

**File# 7044990**

Tax ID:    **04-16-415-012-0000**
Property Address:
**1308 20th St**
**Zion, IL 60099-1725**
IL0v2M-AM 27428582  E  10/4/2013  BK01

This space for Recorder's use

MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** (herein "Assignor"),
whose address is **P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR STEARNS LENDING, INC.** and
its successors and assigns hereby assign and transfer to **BANK OF AMERICA, N.A.** (herein "Assignee"), whose
address is **C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063**, and its
successors and assigns all its right, title, and interest in and to a certain Mortgage described below.

Original Lender:    **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS**
**NOMINEE FOR STEARNS LENDING, INC.**

Borrower(s):    **THOMAS E. ADAMS AND PAMELA G. ADAMS, HUSBAND AND WIFE**

Date of Mortgage: **11/16/2009**    Original Loan Amount: **$214,672.00**

Recorded in **Lake County,IL** on: **12/4/2009**, book N/A, page N/A and instrument number **6547860**

Property Legal Description:
**LOT 10 IN BLOCK 51 IN FREDERICK H. BARTLETT'S SHERIDAN LAKE VIEW PROPERTIES SECOND
ADDITION, BEING A SUBDIVISION IN SECTIONS 15 AND 16, TOWNSHIP 46 NORTH, RANGE 12, EAST
OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED
FEBRUARY 19, 1927 AS DOCUMENT 294465 IN BOOK "R" OF PLATS, PAGES 16 AND 17, IN LAKE
COUNTY, ILLINOIS**

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR STEARNS
LENDING, INC.**

By: _____

**Christopher Herrera** ,

**Assistant Secretary**

Date _____    **OCT 0 8 2013**

State of **California**
County of **Ventura**

On **OCT 08 2013** before me, _____**J. Mastrolonardo**_____, Notary Public, personally
appeared _____**Christopher Herrera**_____, who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _____J.Mastrolonardo_____       **(Seal)**
My Commission Expires: _____Sept.19, 2015

J. MASTROLONARDO
COMM. # 1952917
NOTARY PUBLIC · CALIFORNIA
VENTURA COUNTY
COMM. EXPIRES SEPT. 19, 2015