APPEARANCE

## United States Bankruptcy Court
EASTERN DIVISION

For the __Northern__ District of __Illinois__

In re THOMAS EDWARD ADAMS and
PAMELA GRACE ADAMS,

Debtors.

Case No. 13-38554
Chapter 13
Hon. A. Benjamin Goldgar

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Bank of America, N.A.

| | |
|---|---|
| Travis Eliason | Quarles & Brady LLP |
| Print Name on this Line | Firm Name |
| /s/ Travis Eliason | FIRM ID NUMBER: |
| Signature | 300 North LaSalle Street, Suite 4000 |
| ATTORNEY ID NUMBER　6299722 | Street Address |
| | Chicago　　IL　　60654 |
| | City　State　Zip |
| | Telephone　(312) 715-5000 |

Trial Attorneys*

_____ Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____