APPEARANCE

# United States Bankruptcy Court
EASTERN DIVISION

For the __Northern__ District of __Illinois__

In re THOMAS EDWARD ADAMS and
PAMELA GRACE ADAMS,

Debtors.

Case No. 13-38554
Chapter 13
Hon. A. Benjamin Goldgar

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Bank of America, N.A.

| | |
|---|---|
| Christopher J. Zdarsky | Quarles & Brady LLP |
| Print Name on this Line | Firm Name |
| /s/ Christopher J. Zdarsky | FIRM ID NUMBER: |
| Signature | 300 North LaSalle Street, Suite 4000 |
| ATTORNEY ID NUMBER   6304382 | Street Address |
| | Chicago   IL   60654 |
| | City   State   Zip |
| | Telephone   (312) 715-5000 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: