# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: A. Benjamin Goldgar

Hearing Date: 10/9/2015

Bankruptcy Case: 13-38554

Adversary No.:

Title of Case: Thomas E. Adams and Pamela G. Adams

Brief Statement of Motion: Debtors' Motion for Civil Contempt (Docket No. 32)

Names and Addresses of moving counsel: (Thomas and Pamela Edwards) Debtors, Penelope N. Bach, Sulaiman Law Group, 900 Jorie Blvd, 150, Oak Brook IL 60523

Representing: Debtors

## ORDER

The motion for civil contempt (Docket 87) as to Bank of America only is withdrawn

[signature]